AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

──────── DISTRICT OF ────────

**FILED**
JAN - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Renee HEARD

## WAIVER OF INDICTMENT

CASE NUMBER: 07-320 (PLF)

I, _Renee HEARD_, the above named defendant, who is accused of

_False statement or Fraud to obtain Federal employee's compensation 18 U.S.C. 1920_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___1/8/2008___ prosecution by indictment and consent that the
                                Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Paul L. Friedman_
       Judicial Officer