IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| vs | : | CASE NO.: 1:07 CR 00320-PLF |
| | : | |
| RENEE HEARD | : | |

**FILED**
JAN - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ENTRY OF APPEARANCE

Dear Clerk:

Please enter the appearance of Robert C. Bonsib, Esquire and the Law Office of Marcus Bonsib, LLC as retained counsel on behalf of the Defendant, Renee Heard, for the above-captioned matter.

Respectfully submitted,

MARCUS & BONSIB

_____
ROBERT C. BONSIB, ESQUIRE  # 423306
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of February, 2007, a copy of the foregoing Entry of Appearance was mailed first class, postage prepaid, to:

Office of United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001-2700

_____
ROBERT C. BONSIB, ESQUIRE

MarcusBonsib, LLC
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000