CO-526
(12/86)

**FILED**

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      )
                               )
         vs.             )     Criminal No. _____
                               )
                               )

## WAIVER OF TRIAL BY JURY

    With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                     **Defendant**

_____
                **Counsel for defendant**

I consent:

_____
**United States Attorney**

Approved:

_____
           **Judge**