HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAR 2 0 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         :   Docket No.: <u>07CR320-01</u>
                                 :
vs.                              :
                                 :
HEARD, Renee                     :   Disclosure Date: <u>February 20, 2008</u>

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                _____
**Prosecuting Attorney**                                                **Date**

<u>For the Defendant</u>

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✗)   There are material/factual inaccuracies in the PSI report as set forth in the attachment. *(See Attached letter)*

_____                                _____
**Defendant**           **Date**                    **Defense Counsel**      **Date** 3/4/08

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 5, 2008</u>, to U.S. Probation Officer <u>Angela Powel</u>, telephone number <u>(202) 565-1365</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

## MARCUSBONSIB, LLC
ATTORNEYS AT LAW
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 116
GREENBELT, MARYLAND 20770

BRUCE L. MARCUS
ROBERT C. BONSIB
TARA A. HARRISON
JOSEPH A. COMPOFELICE, JR.
KRISTY L. ZADORA

301-441-3000
FACSIMILE 301-441-3003

March 4, 2008

<u>VIA FACSIMILE AND REGULAR MAIL</u>
Angela Powell
United States Probation Officer
United States Probation Office
United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

> RE: **United States vs. Renee Heard**
> **Case No. 1:07:CR-320-01**

Dear Ms. Powell:

I have reviewed the Presentence Report with Ms. Heard. The following are Ms. Heard's comments regarding the Presentence Report.

In paragraph 11: Ms. Heard notes that the actual period at issue in 2006 began on February 20, 2006 and continued through May 14, 2006.

In paragraphs 11 and 12: Ms. Heard notes that she began working for the District of Columbia on January 7, 2002 and not in December 2001.

In paragraph 32: Ms. Heard notes that the correct names of her sister are Barbara Hubber, Carolyn Myers and Lisa Tyler-Wills.

In paragraph 33: Ms. Heard requests that in this paragraph you change the paragraph to reflect that she "is" close to her family and that they "do" a lot of things together. She is concerned that the use of the words "was" and "did" suggest that the family is no longer close and that they do not do they continue to do family things together. Ms. Heard has a very close family and she continues that relationship with her family members.

In paragraph 38: Ms. Heard notes that her knee surgery was in 2005 not 1995.

In paragraph 40: Please clarify this paragraph. Ms. Heard and her mother are concerned that this paragraph suggest that Ms. Heard's mother confirmed the use of

Angela Powell
March 4, 2008
Page 2 of 2

---

Marijuana when, in fact, what she confirmed was her lack of knowledge of any alcohol or drug use on the part of Ms. Heard.

In paragraph 48: Ms. Heard notes that the college referenced should be the University of the District of Columbia and not Strayer.

In paragraph 54: Ms. Heard notes that she earns closer to $20,000.00 rather than $15,000.00 and is paid at approximately $15.00 an hour.

In paragraph 59: Ms. Heard notes that now that she is employed that she is contributing to the payments of household expenses.

Other than as noted herein, Ms. Heard has no other objections or comments to the Presentence Report.

If you have any questions regarding the comments in this letter, please do not hesitate to contact me.

Sincerely,

Robert C. Bonsib

RCB/tw

cc: Assistant United States Attorney Deborah Long-Doyle

# LAW OFFICE OF MARCUSBONSIB, LLC

**CAPITAL OFFICE PARK**
**6411 IVY LANE**
**SUITE 116**
**GREENBELT, MARYLAND 20770**

**BRUCE L. MARCUS**
**ROBERT C. BONSIB**
**TARA A. HARRISON**
**JOE COMPOFELICE, JR.**
**KRISTY ZADORA**

**301-441-3000**
**FACSIMILE 301-441-3003**

## TELECOPIER TRANSMITTAL SHEET

To:           USPO ANGELA POWELL

From :        ROBERT C. BONSIB, ESQ.

Receiving
Telecopier No.:   202-273-0242

Date:         MARCH 4, 2008

Transmittal is  5  pages including this lead sheet.

Message: If you do not receive all of the pages, or if there is any difficulty in receiving, please call as soon as possible to the following telephone number: (301) 441-3000.

Our telecopier number is (301) 441-3003

PLEASE READ:  This facsimile message may contain privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited.  If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the United States Postal Service.  THANK YOU.