FILED
JUL - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs.   Renee Heard                                   Docket No.: **07 CR 320-01**

---

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☑ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____ Hearing on Violation or ____ Modification Hearing with Voluntary appearance

   ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____
_____
_____
_____
_____

_____
Paul L. Friedman
United States District Judge

7/1/08
Date

